■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS MAGGIO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Doyle, J.—attempted criminal possession of controlled substance, fifth degree.) Present—Doerr, J. P., Denman, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HARRIS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Flynn, J.—burglary, third degree.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE MANEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Wolfgang, J.—driving while intoxicated, and another charge.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN THAYER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Doyle, J.—criminal trespass, second degree.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.